## JAMES McGANN *vs.* MARY A. McGANN.

### PROVIDENCE—APRIL 8, 1904.

PRESENT: Stiness, C. J., Tillinghast and Douglas, JJ.

(1)  *Probate Law.   Monuments.   Rights of Administrator and Heirs at Law in Monument.*

A demurrer to a bill in equity, brought by heirs-at-law to restrain an administratrix from keeping certain names upon a monument erected by her under authority of the Probate Court over the grave of the deceased, alleging that respondent acted as administratrix and that complainants as heirs at law have no rights or equities or any title in and to the monument, will be overruled.

BILL IN EQUITY.   Heard on demurrer to bill, and demurrer overruled.

(1)   PER CURIAM.   As to the specific grounds of demurrer stated, that the respondent acted as administratrix in the erection of the monument in question and that the complainants, as heirs of the deceased, have no rights or equities or any title in and to the monument, the court is of opinion that the demurrer should be overruled.

The third ground, which is general, that the title does not set out any equities or grounds for relief, is left for consideration in regular course after the answer.

*Joseph J. Cunningham and Charles E. Gorman,* for complainant.

*John W. Hogan and Philip S. Knauer,* for respondent.